[No. 7915-8-I. Division One. January 26, 1981.]

RANDALL LEE WEEKS, ET AL, *Appellants*, v. DUANE
H. BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 850500, James J. Dore, J., entered July 25,
1979. *Reversed* and *remanded* by unpublished opinion per
Ringold, A.C.J., concurred in by Callow and Durham, JJ.

[No. 7644-2-I. Division One. January 26, 1981.]

*In the Matter of the Marriage of* ROGER A. LOWE,
*Appellant, and* GRETCHEN Y. LOWE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. D-113173, Stanley C. Soderland, J., entered
April 23, 1979. *Affirmed* by unpublished opinion per Cal-
low, J., concurred in by Ringold, A.C.J., and Durham, J.

[No. 8399-6-I. Division One. January 26, 1981.]

*In the Matter of the Personal Restraint of*
EMERY FRANK HARRIS, *Petitioner*.

Petition for relief of personal restraint *remanded* by
unpublished opinion per Swanson, J., concurred in by
Williams and Andersen, JJ.

[No. 8031-8-I. Division One. January 26, 1981.]

*In the Matter of the Estate of*
AAGE FOSS.

Appeal from a judgment of the Superior Court for King
County, No. E-236666, James J. Dore, J., entered Septem-
ber 13, 1979. *Affirmed* by unpublished opinion per Ringold,
A.C.J., concurred in by Callow and Durham, JJ.